UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
CHRISTOPHER FORTE,

                Plaintiff,

-against-

CITY OF NEW YORK,

                Defendants.
---------------------------------X

O R D E R

CV-05-3193 (DLI)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUL 15 2005
P.M.
TIME A.M.

    An initial conference will be held in the above-captioned case on November 23, 2005 at 11:30 A.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in Room 333 at 225 Cadman Plaza East, Brooklyn, New York. In the event the complaint is answered before the above date and you would prefer a conference sooner, of if this case becomes eligible for Arbitration, please contact Magistrate Azrack's chambers at 718-260-2530. All counsel must be present.

    <u>**Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants are aware of this conference**</u>. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

    SO ORDERED.

Dated: Brooklyn, New York
       July 15, 2005

                                      JOAN M. AZRACK
                                      UNITED STATES MAGISTRATE JUDGE